IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION


FILED
OCT 09 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | **3:20 CR 618** |
| | ) | **JUDGE HELMICK** |
| v. | ) CASE NO. | **MAG. JUDGE KNEPP** |
| | ) | Title 18, United States Code, |
| RONALD E. GRAB, | ) | Section 922(o) |
| Defendant. | ) | |

### COUNT 1
(Illegal Possession of Machine Gun, 18 U.S.C. § 922(o))

The Grand Jury charges:

On or about September 11, 2020, in the Northern District of Ohio, Western Division, Defendant RONALD E. GRAB, did knowingly possess a machinegun, that is a BCI Defense, model SQS15, multi-caliber receiver, serial number BCI06373, in violation of Title 18, United States Code, Section 922(o).

### FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant RONALD E. GRAB, shall forfeit to the United States any and all firearms and ammunition involved in or used



in the commission of the violation charged in Count 1; including, but not limited to, the following: a BCI Defense, model SQS15, multi-caliber receiver, serial number BCI06373.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.