IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD E. GRAB,<br><br>    Defendant. | Case no. 3:20-cr-00618-JJH<br><br>Hon. Jeffrey Helmick<br><br>**MOTION FOR PRETRIAL RELEASE WITH REQUEST FOR HEARING** |

Defendant moves for pretrial release pursuant to 18 USC § 3142.

Defendant requests a hearing on this motion, and will submit proposed terms and conditions of release to the U.S. Pretrial Services officer.

Respectfully submitted,

s/ Thomas P. Kurt

_____

Thomas P. Kurt
Attorney for Defendant
610 Adams Street
Toledo, Ohio  43604
Ph. (419) 214-5495

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

s/ Thomas P. Kurt

_____