IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD E. GRAB,<br><br>    Defendant. | Case no. 3:20-cr-00618-JJH<br><br>Hon. Jeffrey Helmick<br><br>MOTION FOR ORDER ALLOWING IN-PERSON VISIT AT CCNO |

Defendant moves for an order directing Corrections Center of Northwest Ohio to allow an in-person visit with defendant, undersigned counsel, and defendant's girlfriend, Wendy Millenbach.

MEMORANDUM

Undersigned counsel intends to meet with defendant to reach a final plea-or-trial decision. Defendant values Ms. Millenbach's advice and counsel, and therefore including Ms. Millenbach in the conference would be helpful.

Counsel spoke with a commander at CCNO, who indicates that such a meeting is not a problem from their perspective, but CCNO's protocol requires an order from the Court.

1

Defendant therefore requests an order directing CCNO to allow an in-person visit between defendant, counsel, and Ms. Millenbach.

In the event the government opposes this motion, defendant requests a hearing.

Respectfully submitted,

s/ Thomas P. Kurt

_____

Thomas P. Kurt
Attorney for Defendant
610 Adams Street
Toledo, Ohio 43604
Ph. (419) 214-5495

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

s/ Thomas P. Kurt

_____